UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSHUA DEMOSS,
    Plaintiff,

vs.                                    Case No.:  3:22cv23014/LAC/ZCB

ESCAMBIA COUNTY
COMMISSIONERS,
    Defendant.
                                  /

## **ORDER**

The magistrate judge issued a Report and Recommendation on February 21, 2023.  (Doc. 6).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 6) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.

3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 23rd day of March, 2023.

                       s/*L.A. Collier*
                    **LACEY A. COLLIER**
                    **SENIOR UNITED STATES DISTRICT JUDGE**